# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                         )  CASE NUMBER  08 MJ 1161
         vs              )
                         )  ABSTRACT OF ORDER
                         )
Robert Rocco (3)         )  Booking No. 08175298
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/21/08__ the Court entered the following order:

__X__ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __100,000 P/S__ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
     _____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __Attorney Appointment Hrg 4/24/08 9AM BLM__
              __Preliminary Hearing 4/29 9AM BLM__

Received _____
             DUSM

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
                    Deputy Clerk

Crim-9   (Rev 6-95)                    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY